IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE BENJAMIN MAYA RODRIGUEZ, § § *Petitioner-Plaintiff*, § § VS. § § ROSE THOMPSON, in Her Official Capacity as § Warden, Karnes County Immigration Processing § Center; SYLVESTER M. ORTEGA, in His § Official Capacity as Acting Field Office Director § San Antonio Field Office, Enforcement and § Removal Operations, U.S. Immigration & § Customs Enforcement; TODD LYONS, in His § Official Capacity as Senior Official Performing § the Duties of the Director, U.S. Immigrations § and Customs Enforcement; KRISTI NOEM, in § Her Official Capacity as U.S. Secretary of § Homeland Security; PAMELA BONDI, in Her § Official Capacity as Attorney General of the § U.S.; DAREN K. MARGOLIN, in His Official § Capacity as Director of the Executive Office for § Immigration Review; U.S. DEPARTMENT OF § HOMELAND SECURITY; U.S. § IMMIGRATION AND CUSTOMS § ENFORCEMENT; and U.S. EXECUTIVE § OFFICE FOR IMMIGRATION REVIEW, § § *Respondents-Defendants*. § | CIVIL ACTION NO. SA-26-CV-721-FB |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court are the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Application for Immediate Issuance of Order to Show Cause (ECF No. 2) filed by Petitioner, Jose Benjamin Maya Rodriguez, who is currently detained in the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for a Writ of Habeas Corpus (ECF No. 1),

Order to Show Cause (ECF No. 2), and this Order.  Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents.  See FED. R. CIV. P. 4(i).  Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Karnes County Immigration Processing Center, with copies of the Petition for a Writ of Habeas Corpus (ECF No. 1), Order to Show Cause (ECF No. 2), and this Order.  Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process unless otherwise contested.  Service should be directed to:

Rose Thompson, Warden
Karnes County Immigration Processing Center
409 FM 1144
Karnes City, TX 78118.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service.  In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences:** *Vega-Vega v. Bondi,* No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025);  *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL

3471418 (W.D. Tex. Dec. 2, 2025); *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025).  Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees.  In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Jose Benjamin Maya Rodriguez is IMMEDIATELY STAYED**[1] **until further order from this Court.  Respondents shall not transfer Petitioner Jose Benjamin Maya Rodriguez outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 6th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").